FILED
IN CLERK'S OFFICE
U.S. DI........ COURT E.D.N.Y.
★     JUL 2 1 2005     ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

RONALD GREEN,

                Plaintiff,    <u>ORDER OF DISMISSAL</u>

                            CV 2004-0215 (SJ)(MDG)

     - against -

AR RESOURCES, INC,

                Defendant.

- - - - - - - - - - - - - - - - X

    The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

    ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within thirty days of the date of this Order.

Dated: Brooklyn, New York
       July 19 , 2005

                        s/SJ
                  STERLING JOHNSON, JR.
                  UNITED STATES DISTRICT JUDGE